United States Magistrate Court
CDS-SDTX
FILED

APR 0 7 2026    3C

Nathan Ochsner, Clerk
Laredo Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **CRIMINAL ACTON NO:** |
| V. | § § | |
| DANIEL ZAVALA RAMOS | § | 5:24-CR-01187-S |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. PROC. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, DANIEL ZAVALA RAMOS, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 7th day of April, 2026.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney